IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA TRUSH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-3254 |
| CITY OF PHILADELPHIA : | |

# O R D E R

**AND NOW**, this 6 day of December 2021, upon consideration of Defendant City of Philadelphia's Motion to Dismiss (ECF No. 4) and Plaintiff Linda Trush's Opposition thereto (ECF No. 5), it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**