# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA TRUSH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No: 21-cv-3254 |
| CITY OF PHILADELPHIA, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of May, 2023, upon consideration of the parties' joint request for an extension of time, it is hereby **ORDERED** that the Request is **GRANTED**. Plaintiff has 30 days after the docketing of an order denying its May 31, 2022, Motion to Compel, or, if the Motion is granted, either in part or in full, 30 days after the deadline for Defendant's production of documents set forth in the order to depose Councilman Brian O'Neill. Further, Defendant has 60 days from the Court's order or production, whichever is later, to file its Motion for Summary Judgment.

BY THE COURT:

s/ *R. Barclay Surrick*
_____
**SURRICK,** J.