# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA TRUSH | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| | : | NO. 21-3254 |
| CITY OF PHILADELPHIA | : | |

### ORDER

**AND NOW**, this 14th day of November, 2023, upon consideration of Plaintiff's Motion to Compel Discovery (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part:

1. The City shall produce to Plaintiff documents in accordance with this Memorandum within fourteen (14) days of this Order.

2. The City shall produce to Plaintiff a revised privilege log in accordance with this Memorandum within twenty-one (21) days of this Order.

3. To the extent this Order implicates subsequent deadlines, the parties shall submit a joint letter via ECF within twenty-eight (28) days of this Order proposing new dates for the end of discovery and any dispositive motions and responses. If the parties are not able to agree on proposed dates, the parties shall state in their letter each parties' position and preferred dates.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**