IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA TRUSH | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-3254 |
| CITY OF PHILADELPHIA | : | |

**O R D E R**

**AND NOW,** this 22nd day of March 2024, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.[1]

                                           **GEORGE V. WYLESOL,** Clerk of Court

                                  **BY:**   **s/ Tashia C. Reynolds**
                                                    Civil Deputy Clerk to Judge Surrick

---

[1] On March 22, 2024, Chambers was informed by Magistrate Judge Lynne A. Sitarski, following a settlement conference with the parties, an agreement was reached in principle to resolve the matter.